DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

KAREN ZAHARATOS,

Appellant,

v.

RAPALO HOMEOWNERS' ASSOCIATION, INC.,
a not-for-profit Florida corporation,

Appellee.

No. 2D2025-1365

—————————————————

February 11, 2026

Appeal from the County Court for Sarasota County; Erika N. Quartermaine, Judge.

Karen Zaharatos, pro se.

Brandon K. Mullis of Mankin Law Group, Clearwater, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.